UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

-----------------------------------------------------X
PATRICIA HOEY,

    Plaintiff,

        v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

    Defendant.
-----------------------------------------------------X

2003 OCT 15  P 3: 31

US DISTRICT COURT
FORD CT

Civil Action No. 303CV713 (AWT)

## ANSWER

1.  Defendant admits the allegations of Paragraph 1 of the Complaint.

2.  The second paragraph of the form Complaint was left blank, and therefore no answer is required.

3.  The third paragraph of the Complaint identifies the jurisdictional bases of Plaintiff's action, and as such, states a legal conclusion as to which no response is required.  To the extent the paragraph may be deemed to state allegations of fact, they are denied.

4.  The fourth paragraph of the Complaint states the nature of Plaintiff's Complaint, and as such no response is required.  To the extent the paragraph may be deemed to state allegations of fact, they are denied.

5.  Defendant denies the allegations of Paragraph 5 of the Complaint.

6.  Paragraph 6 references an attached document, five pages in length, which contains numerous unnumbered statements.  Defendant admits Plaintiff has been employed by Defendant since December 3, 1977, and, as of the dates in the Complaint, was assigned to work as a flat sorter machine operator on tour two at the Stamford Processing and Distribution Center, 427 West Avenue, Stamford, CT 06910-9997. Defendant admits that it is aware that Plaintiff has a hearing impairment.  Defendant is

without sufficient knowledge or information to form a belief about the remaining allegations, and therefore denies the allegations and leaves Plaintiff to her proof.

7.  Defendant admits the allegations of Paragraph 7 of the Complaint.

8.  Defendant denies the allegations of Paragraph 8 of the Complaint.

9.  Defendant admits the allegations of Paragraph 9 of the Complaint.

10.  Defendant admits the allegations of Paragraph 10 of the Complaint.

11.  As for the allegations in the first sentence of Paragraph eleven, Defendant avers that an administrative judge of the EEOC issued a dismissal order finding no discrimination on November 19, 2002.  Defendant denies the allegations of the second sentence of Paragraph eleven of the Complaint.

12.  Defendant denies the allegations of Paragraph 12 of the Complaint.

13.  The remaining paragraph sets forth Plaintiff's prayer for relief and request for a jury trial and, as such, no response is required.  To the extent the paragraph may be deemed to state allegations of fact, they are denied.

## AFFIRMATIVE DEFENSES

1.  Plaintiff fails to state a claim for relief for discrimination based on disability.

2.  Plaintiff fails to state a claim for relief for harassment based on disability.

3.  Defendant is not subject to suit under the Americans with Disabilities Act ("ADA"),

and the Court lacks subject matter jurisdiction over this claim.

4.    Plaintiff failed to timely exhaust her administrative remedies as to some or all of her claims.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By:    *Anna V. Crawford*

Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Tel. (860) 285-7309
Fax:  (860) 285-7397
Fed. Bar No. ct01394

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Defendant's Answer was sent by First Class Mail, this 15th of October, 2003, to:

<u>Plaintiff (Pro Se)</u>
Patricia Hoey
2005 High Ridge Rd.
Stamford, CT 06903-4232


Lauren Nash
Assistant U.S. Attorney
District of Connecticut
P.O. Box 1824
New Haven, CT 06508-1824

_Anna Crawford_
_____
Anna V. Crawford