UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
PATRICIA HOEY,                 :
                               :
     Plaintiff,                :
                               :
v.                             :    Civil No. 3:03CV713(AWT)
                               :
JOHN E. POTTER,                :
POSTMASTER GENERAL,            :
UNITED STATES POSTAL SERVICE,  :
                               :
     Defendant.                :
                               :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

____ A ruling on the following motions, which are currently pending:_____ (orefm.)

__X__ A settlement conference (orefmisc./cnf)

____ Other:_____(orefmisc./misc)

It is so ordered.

Dated this **4th** day of <u>November</u>, 2003, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge