7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
PATRICIA HOEY,
    Plaintiff,

v.                                                                             Civil No. 3:03-CV-713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,
    Defendant.
-----------------------------------------------------------X

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f), and D. Conn. L. Civ. R. 38, a conference was held on October 22, 2003. The participants were:

| For Plaintiff: | For Defendant: |
|---|---|
| Charles G. Parks, Jr. | Anna V. Crawford |
| Parks & Associates | Special Assistant U.S. Attorney |
| 300 Summer St., Ste. 509 | United States Postal Service |
| Stamford, CT 06901 | 8 Griffin Rd. N. |
| (203) 359-3860 | Windsor, Ct 06006-0170 |
| (203) 323-7398 (Fax) | (860) 285-7309 |
|  | (860) 285-7397 |
|  | Fed. Bar No. ct01394 |

**This 26(f) Report is hereby APPROVED.**
Discovery should be completed by March 12, 2004
Dispositive motions, if any, shall be **filed on or before** April 3, 2004
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/4/03