# UNITED STATES DISTRICT COURT

———————— District of ————————

Connecticut

Patricia Hoey

**APPEARANCE**

vs.

John E. Potter
Postmaster General
United States Postal Service

CASE NUMBER: No. 303CV718(AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patricia Hoey
Plaintiff

I certify that I am admitted to practice in this court.

```
US POSTAL SERVICE
LAW DEPARTMENT

OCT 24 2003

WINDSOR FIELD OFFICE
```

| 10/23/03 | [signature] |
|---|---|
| Date | Signature |

| Charles G. Parks Jr. | 16784 |
|---|---|
| Print Name | Bar Number |

| 800 Summer St. STE 509 | |
|---|---|
| Address | |

| Stanford | CT | 06901 |
|---|---|---|
| City | State | Zip Code |

| 203 359 3860 | 203 323 7398 |
|---|---|
| Phone Number | Fax Number |