*Held 2.5 hours Not Settled*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 4, 2004

2:30 p.m.

CASE NO. **3:03CV713 (AWT)**   **Hoey v. Potter**

COUNSEL OF RECORD:

✓ Anna V. Crawford

    U.S. Postal Service
    The Windsor Law Office
    8 Griffin Rd. North
    Windsor, CT 06006-0170
    285-7095

Lauren M. Nash

    U.S. Attorney's Office-NH
    157 Church St., 23rd floor
    PO Box 1824
    New Haven, CT 06510
    203-821-3700
    203-773-5373 (fax)
    lauren.nash@usdoj.gov

✓ Charles G. Parks, Jr.

    Parks & Associates
    800 Summer Street
    Suite 509
    Stamford, CT 06901
    203-359-3860

    BY ORDER OF THE COURT
    KEVIN F. ROWE, CLERK