UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
PATRICIA HOEY,

    Plaintiff,

    v.                                    Civil Action No. 303CV713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
                                                    February 24, 2004
    Defendant.
------------------------------------------------------X

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME

    The parties to the above action respectfully request the Court extend time from March 12, 2004 to May 7, 2004 to complete discovery in this action. In view of a settlement conference which was held on February 4, 2004, and in order to conserve their resources, the parties have not commenced or completed discovery. Unfortunately, the settlement conference did not resolve the action, and, therefore, additional time is needed to commence and conclude discovery.

    In addition, Defendant requests an enlargement of time from April 30, 2004 to June 25, 2004 to file a dispositive motion. Counsel for the Plaintiff has no objection to this request.

    This is the Parties' first request for enlargement of the discovery and motion deadlines.

                                                  Respectfully submitted,

                                                  KEVIN J. O'CONNOR,
                                                  UNITED STATES ATTORNEY

                      By:     /s/ Anna Crawford
                                Anna V. Crawford
                                Special Assistant U.S. Attorney
                                United States Postal Service
                                8 Griffin Road North
                                Windsor, CT 06006-0170
                                Tel. (860) 285-7309
                                Fax: (860) 285-7397
                                Fed. Bar No. ct01394

*Handwritten margin notation: "It is so ordered. Discovery shall be completed on or before June 25, 2004. Dispositive motions, if any, shall be filed on or before May 7, 2004. Alvin W. Thompson, U.S.D.J. Hartford, CT 02/26/04"*