LAW DEPARTMENT
NORTHEAST AREA OFFICE


**UNITED STATES POSTAL SERVICE**

June 16, 2004

Clerk,
United States District Court
450 Main Street
Hartford, CT 06103-3002

    Re:    Patricia Hoey v. J. Potter
            Civil Action No. 3:03CV713 (AWT)

To Whom It May Concern:

Enclosed for filing please find Defendant's Motion for Enlargement of Time and same recorded on floppy disk.

Very truly yours,

KEVIN J. O'CONNOR

*Anna Crawford* (signature)
Anna V. Crawford
Special Assistant U.S. Attorney

Enclosures

cc:    Charles Parks, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
PATRICIA HOEY,

    Plaintiff,

v.                                    Civil Action No. 303CV713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
                                          June 16, 2004

    Defendant.
---------------------------------------------------X

## MOTION FOR ENLARGEMENT OF TIME

    Defendant, John E. Potter, Postmaster General, United States Postal Service, respectfully requests an enlargement of time until July 16, 2004 to file his Motion for Summary Judgment. Due to the press of other litigation matters, Defendant will not be able to complete the motion and accompanying documents by the present deadline of June 25, 2004.

    Plaintiff's counsel has no objection to this request.

                                                     Respectfully submitted,

                                                     KEVIN J. O'CONNOR,
                                                     UNITED STATES ATTORNEY

                            By:   */s/ Anna Crawford*
                                    Anna V. Crawford
                                    Special Assistant U.S. Attorney
                                    United States Postal Service
                                    8 Griffin Road North
                                    Windsor, CT 06006-0170
                                    Tel. (860) 285-7309
                                    Fax: (860) 285-7397
                                    Fed. Bar No. ct01394

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Assented to Motion for Enlargement of Time was sent by First Class Mail, this 16th of June, 2004, to:

Plaintiff's Representative

Charles G. Parks, Jr.
Parks & Associates
800 Summer Street, Suite 509
Stamford, CT  06901

                                              *Anna Crawford*
                                              Anna V. Crawford