UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

PATRICIA HOEY,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

    Defendant.

---------------------------------------------------------X

Civil Action No. 303CV713 (AWT)

June 16, 2004

FILED 2004 JUN 17 P 12: 50 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION FOR ENLARGEMENT OF TIME

Defendant, John E. Potter, Postmaster General, United States Postal Service, respectfully requests an enlargement of time until July 16, 2004 to file his Motion for Summary Judgment. Due to the press of other litigation matters, Defendant will not be able to complete the motion and accompanying documents by the present deadline of June 25, 2004.

    Plaintiff's counsel has no objection to this request.

Respectfully submitted,

KEVIN J. O'CONNOR,
UNITED STATES ATTORNEY

By: _Anna Crawford_
Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Tel. (860) 285-7309
Fax: (860) 285-7397
Fed. Bar No. ct01394

FILED 2004 JUN 28 P 1:13 U.S. DISTRICT COURT HARTFORD, CT.

Extension GRANTED, nunc pro tunc, to and including July 16, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 06/28/04

03CV713 end 16