LAW DEPARTMENT
NORTHEAST AREA OFFICE


UNITED STATES
POSTAL SERVICE

July 13, 2004

Clerk,
United States District Court
450 Main Street
Hartford, CT 06103-3002

    Re:    <u>Patricia Hoey v. J. Potter</u>
            Civil Action No. 3:03CV713 (AWT)

To Whom It May Concern:

Enclosed for filing please find Defendant's Motion for Enlargement of Time and same recorded on floppy disk.

Very truly yours,

KEVIN J. O'CONNOR

*Anna Crawford*
Anna V. Crawford
Special Assistant U.S. Attorney

Enclosures

cc:    Charles Parks, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
PATRICIA HOEY,

    Plaintiff,

        v.                                      Civil Action No. 303CV713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
                                                          July 13, 2004

    Defendant.
-------------------------------------------------------X

## MOTION FOR ENLARGEMENT OF TIME

    Defendant, John E. Potter, Postmaster General, United States Postal Service, respectfully requests an enlargement of time until July 22, 2004 to file a Motion for Summary Judgment in this matter for the reason that the undersigned has learned that one of Defendant's witnesses, who is needed to sign an affidavit to accompany the motion, is on vacation this week. Therefore, he is unable to review and sign his affidavit until the week of July 19. As a result, the Defendant is unable to complete the papers accompanying the motion by the present deadline of June 16, 2004.

    Plaintiff's counsel's office was twice contacted on today's date, but he was not available to respond to Defendant's request for his position with respect to this motion.

    This is Defendant's second request to extend the motion deadline.

                                                        Respectfully submitted,

                                                         KEVIN J. O'CONNOR,
                                                         UNITED STATES ATTORNEY

                       By:    _____
                                                         Anna V. Crawford
                                                          Special Assistant U.S. Attorney
                                                         United States Postal Service
                                                          8 Griffin Road North
                                                          Windsor, CT 06006-0170
                                                          Tel. (860) 285-7309
                                                          Fax: (860) 285-7397
                                                          Fed. Bar No. ct01394

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Assented to Motion for Enlargement of Time was sent by First Class Mail, this 13th of July, 2004, to:

Plaintiff's Representative

Charles G. Parks, Jr.
Parks & Associates
800 Summer Street, Suite 509
Stamford, CT  06901

*Anna Crawford*
Anna V. Crawford