UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

PATRICIA HOEY,

    Plaintiff,

    v.                                     Civil Action No. 303CV713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

                                                           July 13, 2004

    Defendant.

---------------------------------------------------------X

## MOTION FOR ENLARGEMENT OF TIME

    Defendant, John E. Potter, Postmaster General, United States Postal Service, respectfully requests an enlargement of time until July 22, 2004 to file a Motion for Summary Judgment in this matter for the reason that the undersigned has learned that one of Defendant's witnesses, who is needed to sign an affidavit to accompany the motion, is on vacation this week. Therefore, he is unable to review and sign his affidavit until the week of July 19. As a result, the Defendant is unable to complete the papers accompanying the motion by the present deadline of July 16, 2004.

    Plaintiff's counsel's office was twice contacted on today's date, but he was not available to respond to Defendant's request for his position with respect to this motion.

    This is Defendant's second request to extend the motion deadline.

Extension GRANTED, nunc pro tunc, to and including July 22, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  07/17/04

03cv713end18

                                                  Respectfully submitted,

                                                  KEVIN J. O'CONNOR,
                                                  UNITED STATES ATTORNEY

                            By: _____
                                    Anna V. Crawford
                                    Special Assistant U.S. Attorney
                                    United States Postal Service
                                    8 Griffin Road North
                                    Windsor, CT 06006-0170
                                    Tel. (860) 285-7309
                                    Fax: (860) 285-7397
                                    Fed. Bar No. ct01394