UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
PATRICIA HOEY,

    Plaintiff,

        v.                              Civil No. 3:03CV713 (AWT)

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE
                                                July 21, 2004
    Defendant.
---------------------------------------------------------X

## DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)1, 12(b)6 and 56, the Defendant, John E. Potter, Postmaster General of the United States, respectfully moves for the dismissal of this action, or, in the alternative, for the entry of summary judgment in the Defendant's favor. There is no genuine issue as to any material fact and the Defendant is entitled to judgment as a matter of law in the above-captioned action.

In support to this Motion, the Defendant relies on the accompanying Memorandum of Law with attachments, and the accompanying Local Rule 9(c)1 Statement.

ORAL ARGUMENT IS NOT REQUESTED.

Respectfully submitted,

KEVIN J. O'CONNOR,
UNITED STATES ATTORNEY

By: *Anna Crawford*
Anna V. Crawford
Special Assistant U.S. Attorney
United States Postal Service
8 Griffin Road North
Windsor, CT 06006-0170
Tel. (860) 285-7309
Fax: (860) 285-7397
Fed. Bar No. ct01394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, was mailed, postage prepaid, this 21st day of July, 2004, to:

Charles G. Parks, Jr.
Parks & Associates
800 Summer Street, Suite 509
Stamford, CT  06901

*Anna Crawford*
Anna V. Crawford
Special Assistant U.S. Attorney