UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA HOEY, | ) | |
|     Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 303CV713(AWT) |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL | ) | |
| UNITED STATES POSTAL SERVICE | ) | August 10, 2004 |
|     Defendant | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT MOTION FOR DISMISSAL AND/OR SUMMARY JUDGEMENT**

Pursuant to Local Rule 9(b) and Fed.R.Civ.P. 6, the plaintiff, Patricia Hoey, respectfully request an extension of time of twenty three (23) days, up to and including September 3, 2004 to respond to the Defendant's Motion To Dismiss, Or In The Alternative, For Summary Judgment. In support of this motion, the undersigned counsel for plaintiff states that the additional time is required to further confer with the Plaintiff and obtain a supporting affidavit.

This is plaintiff's first motion for an extension of time to respond to defendant's motion for dismissal and/or summary judgment.

The undersigned has spoken to Attorney Anna V. Crawford, counsel for the defendant, and she has no objection to the granting of plaintiff request for an extension.

THE PLAINTIFF,

By: _____
    Charles G. Parks, Jr. (CT 16784)
    PARKS & ASSOCIATES
    160 Forest Street
    Stamford, CT 06901-2134
    (203) 359-3860
    (203) 323-7398 - facsimile

2

## CERTIFICATION

This is to certify that a copy of the **PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT MOTION FOR DISMISSAL AND/OR SUMMARY JUDGEMENT** has been sent via U.S. Mail this 10th day of August, 2004 to counsel of record listed below:

Anna V. Crawford
Special Assistant U.S. Attorney
8 Griffin Road North
Windsor, CT 06006-0170

_____
Charles G. Parks, Jr.