UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA HOEY, )<br>　　　　Plaintiff, )<br>　　vs. )<br>)<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL )<br>UNITED STATES POSTAL SERVICE )<br>　　　　Defendant )<br>_____ ) | CIVIL ACTION<br>No. 303CV713(AWT)<br><br><br><br><br>August 10, 2004 |

FILED
2004 AUG 11 A 11: 29
U.S. DISTRICT COURT
HARTFORD, CT.

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT MOTION FOR DISMISSAL AND/OR SUMMARY JUDGEMENT**

Pursuant to Local Rule 9(b) and Fed.R.Civ.P. 6, the plaintiff, Patricia Hoey, respectfully request an extension of time of twenty three (23) days, up to and including September 3, 2004 to respond to the Defendant's Motion To Dismiss, Or In The Alternative, For Summary Judgment. In support of this motion, the undersigned counsel for plaintiff states that the additional time is required to further confer with the Plaintiff and obtain a supporting affidavit.

This is plaintiff's first motion for an extension of time to respond to defendant's motion for dismissal and/or summary judgment.

The undersigned has spoken to Attorney Anna V. Crawford, counsel for the defendant, and she has no objection to the granting of plaintiff request for an extension.

　　　　　　　　　　　　　　　　　　　　THE PLAINTIFF,

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Charles G. Parks, Jr. (CT 16784)
　　　　　　　　　　　　　　　　　　　　PARKS & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　160 Forest Street
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06901-2134
　　　　　　　　　　　　　　　　　　　　(203) 359-3860
　　　　　　　　　　　　　　　　　　　　(203) 323-7398 - facsimile

Extension GRANTED, absent objection, to and including September 3, 2004. It is so ordered.

FILED 2004 AUG 12 P 6:34 U.S. DISTRICT COURT HARTFORD, CT.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  08/12/04

03cv713 end 21

1