UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA A. HOEY | : | |
| v. | : | CASE NO. 3:03CV713 (AWT) |
| JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>UNITED STATES OF AMERICA | : | |

## JUDGMENT

This action came on for consideration of the defendant's motion to dismiss, or in the alternative, for summary judgment, before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and the court issued a ruling granting the defendant's motion for summary judgment on all claims.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that summary judgment be and is hereby entered in favor of the defendant John E. Potter, Postmaster General, United States Postal Service, on all claims.

Dated at Hartford, Connecticut, this 30th day of March, 2005.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____